UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-cr-00098-LRH-GWF |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| CEDRIC JACKSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above-entitled matter is scheduled for a hearing before Judge Hicks at the Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, in Las Vegas, Nevada on September 16, 2008, at 1:30 p.m. Because this hearing necessitates that Judge Hicks and members of his staff travel to Las Vegas for purposes of this hearing, the parties are placed on notice that there will be no continuances granted, by stipulation or otherwise, unless a motion or stipulation is presented with material supporting grounds by September 10, 2008.

IT IS SO ORDERED.

DATED this 5th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE