UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:05-CR-00098-LRH-GWF |
|---|---|
| Plaintiff, | |
| | ORDER |
| v. | |
| CEDRIC JACKSON, | |
| Defendant. | |

Before the court is defendant's Motion Requesting Court to Run Federal Parole Sentence Concurrent with State Prison Sentences (ECF No. 119)[1]. The defendant appears to confuse his unsatisfied term of supervised release in this action with "parole" and seeks to have his remaining term of supervised release be ordered to run concurrently with his current Nevada state prison sentence for murder with a deadly weapon.

Title 18 § 3624(e) relating to supervised release expressly provides, in pertinent part, "a term of supervised release does not run during any period in which a person is imprisoned in connection with a federal, state, or local crime unless the imprisonment is for a period of less than thirty days."

The defendant's term of federal supervised release is merely tolled during the time he is serving prison time upon a state felony conviction and will resume for its

---

[1] Refers to the court's docket number.

1

unexpired term upon his parole or release from state prison. *United States v. Crane*, 979 F.2d 687 (9th Cir.).

Good cause appearing, IT IS HEREBY ORDERED that defendant's Motion Requesting Court to Run Federal Parole Sentence Concurrent with State Prison Sentences (ECF No. 119) is DENIED.

IT IS SO ORDERED.

DATED this 13th day of July, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE